UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

US District Court, Northern District of CA
450 Golden Gate Ave
16th Fl, Room 16–1111
San Francisco, CA 94102

**FILED**

NOV 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE:        USA vs. HENRY HUNTER
USDC No.:  2:07–MJ–00315–KJM

*4-07-70600-WDB* (handwritten)

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated October 15, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                        Very truly yours,

**November 9, 2007**    /s/ A. Kastilahn
                        _____
                        Deputy Clerk

RECEIVED BY:  _____
              Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER:        _____

AO 94 (Rev. 8/97 Commitment to Another District)
Case 4:07-mj-70600-MRGD   Document 5   Filed 11/13/2007   Page 2 of 5
Case 2:07-mj-00315-KJM   Document 3   Filed 10/15/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ California

| UNITED STATES OF AMERICA<br>V.<br>HENRY HUNTER | COMMITMENT TO ANOTHER DISTRICT<br><br>Case No. MAG-07-315 KJM |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4-07-70600 WDR EMC | 2:07-mj-315 KJM | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ✔ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 751(a) and 4082(a)

**DISTRICT OF OFFENSE**
Northern District of California

**DESCRIPTION OF CHARGES:**

Escape

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By _a. Kuz_
Deputy Clerk
Dated 11/9/07

FILED OCT 16 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
✔ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ✔ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?   ✔ No   ☐ Yes   Language: _____

DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/15/07
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

CLERK, U.S. DISTRICT COURT
U.S. COURTHOUSE BUILDING
501 I Street, Suite 4-200
Sacramento, California 95814-2322

hunter.ctad.wpd

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-00315-KJM All Defendants
### Internal Use Only

Case title: USA v. Hunter                          Date Filed: 10/15/2007

Assigned to: Magistrate Judge
Kimberly J. Mueller

**Defendant**

**Henry Hunter** (1)          represented by **Caro Marks**
                                             Office of the Federal Defender
                                             801 I Street
                                             3rd Floor
                                             Sacramento, CA 95814
                                             (916) 498-5706 x228
                                             Fax: (916) 498-5710
                                             Email: caro_marks@fd.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                            **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                         **Disposition**
None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

USA                                    represented by  **Russell Lee Carlberg**
                                                       United States Attorney's Office
                                                       501 I Street
                                                       Suite 10-100
                                                       Sacramento, CA 95814
                                                       916-554-2700
                                                       Fax: 916-554-2899
                                                       Email:
                                                       russell.carlberg@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2007 | 1 | MINUTES for INITIAL APPEARANCE proceedings as to Henry Hunter held before Judge Kimberly J. Mueller on 10/15/2007: Rights given. Federal Defender appointed for defendant. Charges reviewed. Defendant waived further reading of the Complaint filed in the Northern District of California. Defendant waived an identity hearing. Defendant ordered detained and transported to the Northern District of California to respond to the charges there. Attorney Russell Lee Carlberg for USA, Caro Marks for Henry Hunter added. Government Counsel Russell Carlberg present. Defense Counsel Caro Marks present. Custody Status: Present, In Custody. Court Reporter/CD Number: 1 of 1. (Text Only) (Caspar, M) (Entered: 10/16/2007) |
| 10/15/2007 | 2 | DETENTION ORDER as to Henry Hunter signed by Judge Kimberly J. Mueller on 10/15/07. (Caspar, M) (Entered: 10/16/2007) |
| 10/15/2007 | 3 | COMMITMENT to ANOTHER DISTRICT as to Henry Hunter. Defendant committed to the Northern District of CA, signed by Judge Kimberly J. Mueller on 1015/07. (Kastilahn, |

|            |    |                                                                                                                                                                                                                                                      |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | A) (Entered: 10/16/2007)                                                                                                                                                                                                                             |
| 11/09/2007 | 4  | TRANSMITTAL of DOCUMENTS on *10/15/2007* to * US District Court, Northern District of CA* *450 Golden Gate Ave* *16th Fl, Room 16-1111* *San Francisco, CA 94102*. *Electronic Documents: 1 to 4. *. (Kastilahn, A) (Entered: 11/09/2007) |